UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAMS HANS,

    Plaintiff,

v.                                                                                          Case No.  8:07-cv-1912-T-30MAP

J. C. CHRISTENSEN & ASSOCIATES,
INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation and Order of Dismissal With Prejudice and Without Costs (Dkt. #11).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice and without costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1912.dismissal 11.wpd